IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:26-CV-00028-M-RN

ANTON TOMASSETTI,                              )
                                               )
        Plaintiff,                             )
                                               )
v.                                             )               ORDER
                                               )
CIVICS FEDERAL CREDIT UNION,                   )
                                               )
        Defendant.                             )
                                               )
_____        )

        This matter comes before the court on the Plaintiff's Complaint and Application to Proceed

Without Prepaying Costs or Fees [DE 2].  Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of

Civil Procedure 72(b), United States Magistrate Judge Robert T. Numbers, II issued a

memorandum and recommendation ("M&R"), recommending that this court deny the application

and dismiss Plaintiff's claims for failure to prosecute.  *See* DE 6.  Judge Numbers instructed the

Plaintiff to file any written objections to the recommendation within fourteen days after service of

the M&R, or on or before March 30, 2026.  *Id.*  To date, no objections have been filed.  The matter

is now ripe for consideration by this court.

        A magistrate judge's recommendation carries no presumptive weight.  The court "may

accept, reject, or modify, in whole or in part, the . . . recommendation[ ] . . . receive further evidence

or recommit the matter to the magistrate judge with instructions."  28 U.S.C. § 636(b)(1); *accord*

*Mathews v. Weber*, 423 U.S. 261, 271 (1976).  The court "shall make a de novo determination of

those portions of the report or specified proposed findings or recommendations to which objection

is made."  *Id.* § 636(b)(1).  Absent a specific and timely objection, the court reviews only for "clear

error" and need not give any explanation for adopting the recommendation. *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

Upon careful review of the M&R and the record presented, and finding no clear error, the court ADOPTS the recommendation of the magistrate judge as its own. For the reasons stated therein, Plaintiff's claims are DISMISSED WITHOUT PREJUDICE. Plaintiff's Application to Proceed in forma pauperis [DE 2] is DENIED AS MOOT. The Clerk of Court shall close this case.

SO ORDERED this __13th__ day of April, 2026.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

2